**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

August 24, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Tinuar Cipriano v. Wilson, et al.,* No. 26-9831 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:30 a.m. on August 23, 2026.

Respondents apologize to the Court and Petitioner for this late release. On August 22, 2026, at 10:09 a.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 6. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner approximately 1 hour and 21 minutes after the 24-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office is directed to close this case.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/26/2026